UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MICKEY WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:02-CV-634 |
| ) | *Judge Curtis L. Collier* |
| RANDY HOLT, *et al.* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This is a *pro se* prisoner's civil rights action for damages under 42 U.S.C. § 1983. In accordance with the memorandum opinion this day filed, it is hereby **ORDERED** that:

1) Defendant James Harville's motion for summary judgment is **GRANTED** and he is **DISMISSED** from this case (Ct. File No. 82);

2) Plaintiff Mickey Williams' Motion to Appoint Person to Effect Service on Four Remaining Defendants is **DENIED** as **MOOT**; his Motion for Discovery is **DENIED** as unnecessary or inappropriate; his Motion to Compel is **DENIED** as **MOOT**, in part, and **GRANTED**, in part, but only to the extent that Defendant Jeffrey Daniel is **ORDERED** to **SHOW CAUSE** as to why he has failed to answer Williams' interrogatories or to file objections with the Court; and his Motion to Compel Defendant Hopson to Answer Interrogatories is **DENIED** (Ct. File Nos. 84 - 86, 89); and, finally,

3) Williams' request for the reasonable expenses he has incurred in filing his last Motion to Compel and Defendant Michael Hopson's request for costs incurred in responding to the motion are both **DENIED** (Ct. File Nos. 89 and 90).

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**